John Terry v. The State.

No. 8992.   Delivered December 3, 1924.

Rehearing denied January 16, 1925.

Transporting Intoxicating Liquor.

No statement of facts nor bills of exception appearing in the record, the cause is affirmed.

Appeal from the District Court of Wise County.   Tried below before the Hon. F. O. McKensie, Judge.

Appeal from a conviction for transporting intoxicating liquor; penalty one year in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—To an indictment regularly presented charging the offense of unlawfully transporting intoxicating liquor the appellant entered a plea of guilty, from which there was a verdict of conviction assessing the penalty at confinement in the penitentiary for one year.

We have been furnished with neither bill of exceptions nor statement of facts. Finding nothing in the record warranting a reversal, the judgment is affirmed.

*Affirmed.*